IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| V. | CASE NO. 5:24-CR-50040 | |
| **MODESTO CASTELLANOS-PENALOZA** | | **DEFENDANT** |

### ORDER

Currently before the Court is the Government's Motion to Dismiss the Indictment pursuant to Fed. R. Crim. P. 48(a). (Doc. 28). The Court finds that dismissal is appropriate. Therefore, the Government's Motion is **GRANTED**, and the Indictment against Mr. Castellanos-Penaloza in this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 27th day of September, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE